Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL O. RIVERA-AREVALO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign corporation, ESURANCE INSURANCE SERVICES, INC., a foreign corporation, and JOHN DOES I-IV,<br><br>Defendants. | NO.  2:23-cv-00978-KKE<br><br>**STIPULATED MOTION AND ORDER DISMISSING ESURANCE INSURANCE SERVICES, INC. AS A NAMED DEFENDANT** |

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel, that Esurance Insurance Services, Inc. may be dismissed as a named Defendant in the above captioned matter.  Esurance Insurance Company ("EIC") is the entity that issued the policy of insurance, Policy No. PAWA-009612428, in which Plaintiff was listed as a driver.  As such, the parties agree that EIC should be the named Defendant in this action, and the Court should dismiss Esurance Insurance Services, Inc. from this lawsuit.

//

//

STIPULATION AND ORDER - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7817654.1

1    AGREED and STIPULATED this 6th day of December, 2023.

2    /s/Alicia Kikuchi                                    s/ Eliot M. Harris

3    Alicia Kikuchi, WSBA # 40613                         Eliot M. Harris, WSBA # 36590
     **ALICIA KIKUCHI LAW FIRM, PLLC**                    s/ Morgan A. Cooper

4    144 Railroad Ave #220                                Morgan A. Cooper, WSBA # 58500
     Edmonds, WA 98020                                    **WILLIAMS, KASTNER & GIBBS PLLC**

5    Tel:  (206) 249-7610                                 601 Union Street, Suite 4100
     Email: aliciakikuchi@gmail.com                       Seattle, WA 98101-2380

6                                                         Telephone: (206) 628-6600
     ***Attorney for Plaintiff Angel O. Rivera-***        Fax: (206) 628-6611

7    ***Arevalo***                                        Email: eharris@williamskastner.com
                                                          Email: mcooper@williamskastner.com

8
                                                          ***Attorneys for Defendants Esurance Insurance***
9                                                         ***Company and Esurance Insurance Services,***
                                                          ***Inc.***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER - 2

7817654.1

1

## **ORDER**

2      The Court GRANTS the parties' stipulated motion.  Dkt. No. 14. IT IS HEREBY

3  ORDERED that Defendant Esurance Insurance Services, Inc., is dismissed with prejudice and

4  without costs.

5      DATED this 7th day of December, 2023.

6

7  _____

8      Kymberly K. Evanson
       United States District Judge

9

10

11  **Presented by:**

12  WILLIAMS, KASTNER & GIBBS, PLLC

13  /s/ *Morgan A. Cooper*

14  Eliot M. Harris, WSBA #36590
    Morgan A. Cooper, WSBA #58500

15  Attorneys for Defendants

16

17

18  ALICIA KIKUCHI LAW FIRM, PLLC

19  /s//s/Alicia Kikuchi

20  Alicia Kikuchi, WSBA # 40613

21

22

23

24

25

STIPULATION AND ORDER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7817654.1