Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANGEL O. RIVERA-AREVALO, an individual, | NO. 2:23-cv-00978-KKE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINES IN ORDER SETTING TRIAL AND RELATED DEADLINES** |
| v. | |
| ESURANCE INSURANCE COMPANY, a foreign corporation, ESURANCE INSURANCE SERVICES, INC., a foreign corporation, and JOHN DOES I-IV, | |
| Defendants. | |

## I. STIPULATION

COME NOW the parties, by and through their undersigned counsel, and stipulate and request pursuant to Fed. R. Civ. P. 29(b) and LCR 7(d)(1) that the expert witness disclosure deadlines in the Court's Order Setting Trial and Related Deadlines, *see* Dkt. 8, be adjusted in the following manner:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 10, 2024 | May 10, 2024 |

STIPULATION AND ORDER - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858733.1

| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | May 10, 2024 | May 31, 2024 |

     Good cause exists for this request, as required in the Order Setting Trial and Related Deadlines.[1]  First, the parties have been working diligently to complete discovery.  The current expert witness disclosure deadline of April 10, 2024, is nearly six months prior to the current trial date of October 7, 2024, and two months prior to the discovery cutoff date of June 9, 2024.  *See* Dkt. 8.  Both parties anticipate disclosing their expert witness reports this early will necessitate supplemental disclosure of expert testimony that will cause both parties to incur unnecessary expense that can be avoided.

     Second, Plaintiff's counsel will be out of the office March 27, 2024, through April 10, 2024.  A modest extension of the deadline for the disclosure of expert witness testimony will serve as a courtesy to Plaintiff's counsel and will not delay the trajectory of the case.

     A brief extension of the expert disclosure deadlines would allow the parties more time and flexibility to adequately prepare their cases for trial in a manner that would collectively serve the Court and the parties.  Under the instant stipulated proposal, all other deadlines from the Order Setting Trial and Related Deadlines would remain unchanged.

///

///

///

///

///

///

---

[1] "The Court will alter these dates only upon good cause shown." *See* Dkt. 8.

STIPULATION AND ORDER - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858733.1

AGREED and STIPULATED this 29th day of February, 2024.

| ALICIA KIKUCHI LAW FIRM, PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| /s/ *Alicia Kikuchi* <br> Alicia Kikuchi, WSBA # 40613 <br> 144 Railroad Ave #220 <br> Edmonds, WA 98020 <br> Tel: (206) 249-7610 <br> Email: aliciakikuchi@gmail.com <br> **Attorney for Plaintiff Angel O. Rivera-Arevalo** | /s/ *Eliot M. Harris* <br> Eliot M. Harris, WSBA # 36590 <br> /s/ *Morgan A. Cooper* <br> Morgan A. Cooper, WSBA # 58500 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Telephone: (206) 628-6600 <br> Fax: (206) 628-6611 <br> Email: eharris@williamskastner.com <br> Email: mcooper@williamskastner.com <br> **Attorneys for Defendants Esurance Insurance Company and Esurance Insurance Services, Inc.** |

STIPULATION AND ORDER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858733.1

## II.  ORDER

The parties' stipulated motion (Dkt. No. 17) is GRANTED.  The Court ORDERS that the current deadlines contained in the Order Setting Trial and Related Deadlines (Dkt. No. 8) be adjusted in the following manner:

| Event | New Deadline |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 10, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | May 31, 2024 |

All other deadlines from the Order Setting Trial and Related Deadlines (Dkt. No. 8) shall remain unchanged.

Dated this 1st day of March, 2024.

*Kymberly K Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

**Presented by:**

WILLIAMS, KASTNER & GIBBS, PLLC

/s/ *Morgan A. Cooper*
Eliot M. Harris, WSBA #36590
Morgan A. Cooper, WSBA #58500
*Attorneys for Defendants*


Approved as to Form and Content by:

ALICIA KIKUCHI LAW FIRM, PLLC

/s/ *Alicia Kikuchi*
Alicia Kikuchi, WSBA # 40613

STIPULATION AND ORDER - 4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858733.1