UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL O. RIVERA-AREVALO,<br><br>     Plaintiff(s),<br><br> v.<br><br>ESURANCE INSURANCE COMPANY, et al.,<br><br>     Defendant(s). | CASE NO. C23-0978-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE |

This matter is currently set for trial on October 7, 2024, and the deadlines to file discovery-related motions and complete discovery are fast-approaching. *See* Dkt. Nos. 8, 19. The parties filed a stipulated motion requesting a continuance of at least 90 days of all unexpired deadlines. Dkt. No. 30.

Finding good cause to modify the case schedule, the Court GRANTS the stipulated motion (Dkt. No. 30) and directs the courtroom deputy to enter an amended case schedule on the docket.

Dated this 30th day of May, 2024.

                *Kymberly K. Evanson*
                Kymberly K. Evanson
                United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE - 1