The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL O. RIVERA-AREVALO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign corporation, ESURANCE INSURANCE SERVICES, INC., a foreign corporation, and JOHN DOES I-IV,<br><br>Defendants. | NO. 2:23-cv-00978-KKE<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES** |

## I. STIPULATION

COMES NOW the parties, by and through their undersigned counsel, and stipulate and request pursuant to Fed. R. Civ. P. 29(b), LCR 7(d)(1), and LCR 7(j) that the trial date and related deadlines in the Court's Order Setting Trial and Related Deadlines, *see* Dkt. 32, be extended by sixty (60) days.

Good cause exists for this request, as required in the Order Setting Trial and Related Deadlines.[1]  First, the parties have been working diligently to complete discovery, but some unexpected delays arose over the summer.  The current discovery deadline is October 11, 2024.

---

[1] "The Court will alter these dates only upon good cause shown." *See* Dkt. 32.

STIPULATION AND ORDER CONTINUING TRIAL DATE
AND RELATED DEADLINES - 1
2:23-cv-00978-KKE

*See* Dkt. 32. Two CR 30(b)(6) designee depositions are being requested by Plaintiff, and the first deposition cannot be scheduled until October 2, 2024. Both parties' expert witnesses may supplement their reports based on these depositions, and those reports must be produced prior to the expert depositions taking place. These tasks cannot be completed under the current deadlines.

An extension of sixty (60) days would allow the parties more time and flexibility to adequately prepare their cases for trial in a manner that would collectively serve the Court and the parties. Only those deadlines after the date of this stipulation are impacted.

AGREED and STIPULATED this 25th day of September 2024.

| ALICIA KIKUCHI LAW FIRM, PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| */s/ Alicia Kikuchi* <br> Alicia Kikuchi, WSBA # 40613 <br> 144 Railroad Ave #220 <br> Edmonds, WA 98020 <br> Phone: (206) 249-7610 <br> Email: Alicia.kikuchi@gmail.com <br> **Attorney for Plaintiff Angel O. Rivera-Arevalo** | */s/ Eliot M. Harris* <br> Eliot M. Harris, WSBA # 36590 <br> 601 Union St, Ste 4100 <br> Seattle, WA 98101-2380 <br> Phone: (206) 628-6600 <br> Fax: (206) 628-6611 <br> Email: eharris@williamskastner.com <br> **Attorneys for Defendants Esurance Insurance Company and Esurance Insurance Services, Inc.** |

## II.  ORDER

The parties' stipulated motion for a continuance is GRANTED.  Dkt. No. 35.

The unexpired deadlines in the prior case schedule are VACATED (Dkt. No. 32), and the case shall now conform to this schedule:

| Event | Current Date | New Date |
| --- | --- | --- |
| Discovery deadline | October 11, 2024 | December 12, 2024 |
| Filing deadline for dispositive motions and motions challenging expert witness testimony.  Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | November 12, 2024 | January 10, 2025 |
| Settlement conference deadline | January 9, 2024 | March 12, 2025 |
| Motions in *limine* filing deadline | February 3, 2025 | April 7, 2025 |
| Pretrial order due | February 18, 2025 | April 21, 2025 |
| Deadline for trial briefs | February 24, 2025 | April 28, 2025 |
| Pretrial conference | February 27, 2025 | TBD |
| Bench trial set for 9:30 a.m. on | March 10, 2025 | May 12, 2025 |

DONE IN OPEN COURT this 26th day of September, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge