Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL O. RIVERA-AREVALO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign corporation; JOHN DOES I-IV,<br><br>Defendants. | NO. 2:23-cv-00978 KKE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court GRANTS the parties' stipulated motion to dismiss (Dkt. No. 37) and hereby DISMISSES the claims against Defendant Esurance Insurance Company with prejudice and without costs to any party, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED this 13th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1

1  PRESENTED BY:

3  **ALICIA KIKUCHI LAW FIRM, PLLC**           **WILLIAMS, KASTNER & GIBBS PLLC**

5  <u>s/ Alicia Kikuchi</u>                                  <u>s/ Eliot M. Harris</u>
   Alicia Kikuchi, WSBA #40613                Eliot M. Harris, WSBA # 36590
6  144 Railroad Avenue, Suite 220             <u>s/ Katharine M. Miller</u>
   Edmonds, WA 98020-4121                     Katharine M. Miller, WSBA # 57777
7  Phone: (206) 249-7610                      601 Union Street, Suite 4100
   Fax:    (206) 577-3843                     Seattle, WA 98101-2380
8  Email: alicia.kikuchi@gmail.com            Telephone:  (206) 628-6600
                                              eharris@williamskastner.com
                                              kmiller@williamskastner.com
   ***Attorney for Plaintiff Angel O. Rivera-Arevalo***

   ***Attorneys for Defendant Esurance Insurance Company***

ORDER OF DISMISSAL WITH PREJUDICE - 2